**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7319**

———————

EARL THOMAS,

                Plaintiff - Appellant,

     v.

BENJAMIN ULEP, Medical Doctor; BENJAMIN ULEP, Individual,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:10-cv-00245-CMH-JFA)

———————

Submitted:  February 23, 2012     Decided:  February 27, 2012

———————

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Earl B. Thomas, III, Appellant Pro Se.  Elizabeth Martin Muldowney, RAWLS & MCNELIS, PC, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl Thomas appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying Thomas' motion to amend his complaint to add new defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Thomas v. Ulep, No. 1:10-cv-00245-CMH-JFA (E.D. Va. filed Mar. 9 & entered Mar. 10, 2011; filed Sept. 13 & entered Sept. 14, 2011). Further, we deny Thomas' motion to compel the production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2